1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN CARDONA, T-19335,              )
                                    )
            Plaintiff(s),           )        No. C 11-2884 CRB (PR)
                                    )
    vs.                             )        ORDER OF TRANSFER
                                    )
DALE SYVERSON, M.D.,                )        (Docket # 2)
                                    )
            Defendant(s).           )
_____)

        Plaintiff, a prisoner at California State Prison, Corcoran, has filed a pro se civil

rights complaint under 42 U.S.C. § 1983.  A substantial part of the events or omissions

giving rise to the claim(s) occurred, and the only named defendant resides, in the County

of Lassen, which lies within the venue of the Eastern District of California.  See 28

U.S.C. § 84(b).   Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

        Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28

U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for

the Eastern District of California.

        The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED:  June 15, 2011

                                        CHARLES R. BREYER
                                        United States District Judge

G:\PRO-SE\CRB\CR.11\Cardona, J1.transfer.wpd